PROB 12B
(04/05)

February 20, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 26 PM 12: 03
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Norma Alicia CISNEROS-Medina (English)    **Dkt No.:** 08-CR-7004-001-IEG

**Reg. No.:** 08349-280

**Name of Sentencing Judicial Officer:** Isaac Fulwood and Cranston J. Mitchell, U.S. Parole National Commissioners (Originally sentenced by 12th District Court in Mexicali, B.C., Mexico.) Upon 18 U.S.C. § 4106A, Treaty Transfer to the Southern District of California, case assigned to The Honorable Irma E. Gonzalez, Chief U.S. District Judge.

**Date of Foreign Sentence:** July 5, 2005

**Original Offense:** 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Methamphetamine, a Class C felony (most analogous to the Mexican charge of Possession of 10.5 Grams of Methamphetamine.)

**U.S. Parole Commission Sentence Determination:** On January 14, 2008, the five-year custodial sentence imposed in the Mexican court was reduced to 36 months, followed by 3 years of supervised release, or until the full term date of the foreign sentence (calculated to be January 27, 2010), whichever is earlier. (Special Conditions: reside at a Residential Reentry Center (RRC) for up to 120 days; and substance abuse treatment.

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** January 17, 2008

**Asst. U.S. Atty.:** To be assigned    **Defense Counsel:** Rebecca Rabkin (AFPD)
                                                              (415) 436-7700

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Not enter or reside in the Republic of Mexico without the written permission of the probation officer.

Name of Offender: Norma Alicia CISNEROS-Medina                    February 20, 2008
Docket No.: 08-CR-7004-001-IEG                                                    Page 2

## CAUSE

On January 17, 2008, Ms. Cisneros-Medina was released from federal custody to commence her term of supervised release. On January 25, 2008, she reported to the U.S. Probation office in El Centro, California, for supervision instructions. Ms. Cisneros-Medina indicated she would be residing in El Centro in a one bedroom apartment that was rented for her by family members. Since then, Ms. Cisneros-Medina has obtained part-time employment at a local restaurant.

Recently, Ms. Cisneros-Medina has expressed her desire to be able to travel to Mexico to visit her 10-year-old son, who currently resides with her grandmother. Ms. Cisneros-Medina informed this officer that her son has never attended school as she never registered him after his birth. If allowed to travel to Mexico, Ms. Cisneros-Medina would like to take the time to go register him so that he can begin his education.

Although it is too soon to tell, Ms. Cisneros-Medina is currently in compliance with her conditions of supervised release and appears to be motivated to turn her life around. As previously indicated, she has obtained a part-time job, has expressed her desire to obtain her high school diploma or GED, and is currently being drug tested at Mental Health Systems, Inc. (MHS) in El Centro, in the most intensive phase of testing.

With the aforementioned in mind, the undersigned officer respectfully requests the conditions of supervised release for Ms. Cisneros-Medina be modified as indicated in the front page of this report. Should Your Honor have any questions or concerns, the undersigned officer can be contacted at (760) 352-3760.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: February 20, 2008**

Respectfully submitted:                                    Reviewed and approved:

by _____                                 _____
Obed Flores                                                Pascual Linarez
U.S. Probation Officer                                     Supervising U.S. Probation Officer
(760) 352-3760

Attachments

PROB 12B

Name of Offender: Norma Alicia CISNEROS-Medina          February 20, 2008
Docket No.: 08-CR-7004-001-IEG                                              Page 3

## THE COURT ORDERS:

__X__   The Modification of Conditions as Noted Above.

_____  Other _____

_____

_____

_____/s/ Irma E. Gonzalez_____          _____2/22/08_____
The Honorable Irma E. Gonzalez                                  Date
Chief U.S. District Judge